# William A. Chatterton

Standing Chapter 12 & 13 Trustee

| **Mail CORRESPONDENCE & Chapter 12 Pmts to**: | **Mail Chapter 13 PAYMENTS to**: |
|---|---|
| | Please write case # on all payments |
| 131 W WILSON STE 1000 | Dept 5292 |
| MADISON, WI 53703 -3260 | PO Box 521 |
| Phone: (608) 256 -4320 | Milwaukee, WI 53201 |
| Fax:    (608) 256 -4302 | |
| Website:   http://www.ch13wdw.org | Email:  Ch13wdw@tds.net |

April 29, 2011

Honorable Robert D. Martin
U.S. Bankruptcy Court Judge
120 N. Henry Street
Madison, WI 53701-0548

Re:     Angelica R Williams
        Case #10-11268-13

Dear Judge Martin:

I hereby request a hearing on the debtor's Motion to Reinstate Chapter 13 Debt Adjustment Case filed April 28, 2011 as Document #52.

Sincerely,

/s/

William A. Chatterton
Standing Chapter 13 Trustee

WAC/jmb

cc:     Attorney Kenneth J Doran